the plaintiffs with respect to the matters at issue. Upon this basis the findings should be corrected so as to direct that plaintiffs' Exhibit 5 be reformed to conform to the agreement and intention of the parties, which instrument in its present state, by reason of the mistake of both parties and the scrivener, does not accurately state the agreement of the parties with respect to the four-foot strip and the date of re-execution. Plaintiffs' Exhibit 5 is, therefore, directed to be reformed so as to have effect as of February 28, 1918, and to relate to the four-foot strip on the northerly side of lot 309, and upon the basis of that finding the judgment may properly stand. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. Settle order on notice.

DE NOBILI CIGAR COMPANY, Respondent, v. GIUSEPPE ALFIERI, Appellant. (Appeal No. 1.) — Order denying defendant's motion to open his default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

DE NOBILI CIGAR COMPANY, Respondent, v. GIUSEPPE ALFIERI, Appellant. (Appeal No. 2.) — Order adjudging defendant guilty of contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

JAMES O. DONAHUE, Respondent, v. BARBARA FRITZINGER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOSEPH EDELMAN, Appellant, v. BELLE EDELMAN, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The appeal from the order denying plaintiff's motion for a resettlement is dismissed, without costs. The complaint states a good cause of action. It does not appear upon the face of the complaint whether or not the agreement alleged was in writing, but, even if oral, it is enforcible. (*Gallagher* v. *Gallagher*, 135 App. Div. 457; affd., 202 N. Y. 572; *Tiedemann* v. *Tiedemann*, 115 Misc. 462; affd., 201 App. Div. 614; affd., 236 N. Y. 534; *Goldsmith* v. *Goldsmith*, 145 id. 313.) Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

DORA FARBERMAN, Appellant, v. MAX TENENHOLTZ, Respondent.— Order granting motion to dismiss complaint and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

FELNORE REALTY CORPORATION, Appellant, v. SAMUEL MICHAEL, NATHAN SCHULMAN and 6802 RIDGE BOULEVARD CORPORATION, Respondents. (Appeal No. 1.) — Order denying plaintiff's motion to strike out certain affirmative defenses contained in amended answer affirmed, with ten dollars costs and disbursements. The determination of questions of law will have to await the trial. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

FELNORE REALTY CORPORATION, Appellant, v. SAMUEL MICHAEL, NATHAN SCHULMAN and 6802 RIDGE BOULEVARD CORPORATION, Respondents. (Appeal No. 2.) — Order granting defendants' motion for a bill of particulars as to certain items affirmed, in so far as appealed from, with ten dollars costs and disbursements. The determination of questions of law will have to await the trial. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

JAMES FENNIMORE, Respondent, v. LOUIS P. SCHEIN, Sued Herein as LOUIS